In the Matter of the Probate of the Will of RAYMOND S. SOR-RENTINO, Deceased. MAURICE S. FENOLD et al., as Executors and Trustees Named in Will of RAYMOND S. SORRENTINO, Deceased, et al., Appellants; ANNA N. SORRENTINO et al., Respondents.

Argued November 10, 1947; decided November 20, 1947.

*George A. Spohr, Jr., Pasquale E. Conforti* and *Jay-Ehret Mahoney* for Maurice S. Fenold and others, appellants.

*William B. O'Connor* for Louise C. Sorrentino, appellant.

*Arthur J. W. Hilly* for Anna N. Sorrentino, respondent.

*Vincent J. Ferreri,* special guardian for Anna E. Sorrentino, respondent.

*Alfred Sarno,* special guardian for Mildred Lutton and others, respondents.

Order affirmed, with costs to the petitioner Anna N. Sorrentino payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.